# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **Sapphire Crossing LLC**, | |
| Plaintiff, | |
| v. | Case No. 1:18-cv-02072-MN-CJB |
| **HealthEquity, Inc.,** | Patent Case |
| Defendant. | Jury Trial Demanded |

### JOINT STIPULATION AND ORDER FOR EXTENSION
### OF TIME TO FILE THE CASE MANAGEMENT CHECKLIST,
### THE PROPOSED SCHEDULING ORDER AND THE JOINT LETTER

Counsel for Plaintiff and counsel for Defendant have met and conferred regarding extending the parties' time to file the case management checklist, the proposed scheduling order and the joint letter in accordance with the Hon. Christopher Burke's Oral Order on March 8, 2019, which are currently due April 8, 2019.

The parties have just filed a joint motion to consolidate this case with five other closely related cases. *Sapphire Crossing LLC v. Quotient Technology Inc.*, D.I 23, 1:18-cv-01717-MN-CJB (D. Del. 2018). Since it would be advantageous for the Court to consider and rule upon the joint motion to consolidate before the parties submit the filings related to the Oral Order, the parties request a short extension on these filings.

Subject to the Court's approval, the parties request the deadline to file those documents be extended to two weeks after the court has ruled on the motion to consolidate. *Id.*

Dated: April 8, 2019            Respectfully submitted,

/s/ Timothy Devlin
Timothy Devlin (No. 4241)
**DEVLIN LAW FIRM LLC**
1306 N. Broom Street, 1st Floor
Wilmington, DE 19806
Phone: (302) 449-9010
tdevlin@devlinlawfirm.com

Isaac Rabicoff
(*Pro Hac Vice* Admission Pending)
Kenneth Matuszewski
(*Pro Hac Vice* Admission Pending)
**RABICOFF LAW LLC**
73 W. Monroe St.
Chicago, IL 60603
Phone: (773) 669-4590
isaac@rabilaw.com
kenneth@rabilaw.com

*Attorneys for Plaintiff*
*Sapphire Crossing LLC*

By: /s/ Jeremy D. Anderson
Jeremy D. Anderson (#4515)
**FISH & RICHARDSON P.C.**
222 Delaware Ave., 17th Floor
P.O. Box 1114
Wilmington, DE 19801
Tel: (302) 652-5070
Fax: (302) 652-0607
janderson@fr.com

Neil J. McNabnay
Ricardo Bonilla
1717 Main Street, Suite 5000
Dallas, TX 75201
Tel: (214) 747-5070
Fax: (214) 747-2091
mcnabnay@fr.com
rbonilla@fr.com

*Attorneys for Defendant*
*HealthEquity, Inc.*

SO ORDERED this \_\_\_\_ day of April, 2019.

_____
United States District Court Judge